U.S. DISTRICT COURT
SAVANNAH DIV.
2012 FEB 21 AM 10:37

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. CR411-164 |
| GARY RAYMOND REIERSON, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 41), to which no objections have been filed. Both Defendant and the Government have stipulated to the report's findings. (Doc. 39.) After a careful de novo review of the record, the Court concurs with the report and recommendation. The report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant is found competent to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 21st day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA